**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

INTRASTATE DISTRIBUTORS, INC.,

    Plaintiff,

v.                                          Case No. 10-13603

C-B BEVERAGE CORPORATION, et al.,

    Defendants.
                                             /

**ORDER TERMINATING AS MOOT DEFENDANT'S**
**MOTION TO DISMISS OR MOTION TO CHANGE VENUE**

On October 1, 2010, Defendant Frank Agin filed a motion to dismiss or change venue. This motion will be terminated as moot. On September 29, 2010, Defendant C-B Beverage Corporation filed a notice of removal to the United States Bankruptcy Court for the Southern District of Ohio. Accordingly,

IT IS ORDERED that Defendant's motion to dismiss or motion to change venue [Dkt. # 8] is TERMINATED as moot.

                                                        s/Robert H. Cleland
                                                        ROBERT H. CLELAND
                                                        UNITED STATES DISTRICT JUDGE

Dated: October 18, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 18, 2010, by electronic and/or ordinary mail.

                                                        s/Lisa Wagner
                                                        Case Manager and Deputy Clerk
                                                        (313) 234-5522